**Order entered May 7, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00923-CR
### No. 05-13-00933-CR

**REBECCA JEAN CAGLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-45513-P, F10-11213-P**

## ORDER

On April 8, 2014, this Court ordered the Dallas County District Clerk to file, within fifteen days, supplemental clerk's records containing the capias issued on January 11, 2013. To date, we have not received the supplemental records nor has the Clerk corresponded with the Court regarding the status of those records.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, supplemental records containing the capias issued on January 11, 2013. If the supplemental records are not filed within the time specified, the Court will utilize the available remedies to obtaining the supplemental records.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE